IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH ALAN HOFFA,** | : | Civil No. 4:19-cv-2197 |
| **Petitioner,** | : | |
| v. | : | |
| **WARDEN GREGORY BRIGGS,** | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation of Magistrate Judge Arbuckle (Doc. 7) in which he recommends that Petitioner Keith Hoffa's Petition (Doc. 1) be dismissed without prejudice due to Petitioner's election to withdraw the petition so that he may file one all-inclusive petition under 28 U.S.C. § 2254 (Doc. 6). Accordingly, IT IS HEREBY ORDERED that the Petition (Doc. 1) is DISMISSED WITHOUT PREJUDICE to Petitioner later filing one all-inclusive petition under 28 U.S.C. § 2254 within the applicable statute of limitations. The Clerk of Court shall close this case.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: April 29, 2020